878 A.2d 848

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ROBERT W. KEAN, III, DEFENDANT-PETITIONER.

July 18, 2005.

ORDERED that the petition for certification is granted and the matter is summarily remanded to the trial court for reconsideration in light of *State v. Cummings,* 184 *N.J.* 84, 875 *A.*2d 906 (2005).

878 A.2d 848

IN THE MATTER OF REGISTRANT R.B.,(R.B.,—PETITIONER)

July 18, 2005.

Denied.

878 A.2d 849

DREW KINNEAR, PETITIONER-PETITIONER, v. NEW JERSEY DEPARTMENT OF CORRECTIONS, RESPONDENT-RESPONDENT.

July 18, 2005.

Denied.